# IN THE SUPREME COURT OF THE STATE OF NEVADA

NORTH LAKE TAHOE FIRE
PROTECTION DISTRICT, A FIRE
PROTECTION DISTRICT AND
POLITICAL SUBDIVISION OF THE
STATE OF NEVADA,

                Appellant,

vs.

MICHAEL COWAN,

                Respondent.

No. 69931

**FILED**

OCT 0 4 2016



## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Lynne K. Simons, District Judge
       Margaret Crowley, Settlement Judge
       Reese Kintz Guinasso, LLC/Incline Village
       Dyer, Lawrence, Penrose, Flaherty, Donaldson & Prunty
       Washoe District Court Clerk

16-30845